BARBARA SCHAUT, Appellant, v. NORMAN SCHAUT, Respondent.

Rabin, P. J., Munder, Martuscello, Shapiro and Gulotta, JJ., concur.

LOUIS TOCKMAN, Respondent, v. FAY WEINER et al., Appellants.—

Rabin, P. J.. Munder, Martuscello, Shapiro and Gulotta, JJ., concur.